UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

YAIR YERSI SALVADOR RAVICHAGUA )
And MONSIGNOR ALFRED SCHULER AS )
NEXT FRIEND OF M.T.Q.O., A.P.B.C., S.J.Q.O and )
D.Y.C.J., )
)
) Case No.: 4:26-cv-00539
)
Plaintiffs, )
)
v. )
)
DOE RUN RESOURCES CORPORATION, et al., )
)

Defendants.

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____

AND ASSIGNED TO THE HONORABLE JUDGE _____

☒ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY

PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS 4:15-cv-01704 AND

THAT CASE WAS ASSIGNED TO THE HONORABLE Rodney W. Sippel . THIS CASE MAY,

THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT

COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE

MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: April 10, 2026              /s/ Edward L. Dowd, Jr.
                                                Signature of Filing Party
                                        Dowd Bennett LLP
                                        7676 Forsyth Blvd., Suite 1900
                                        St. Louis, Missouri 63105
                                        Telephone: (314) 889-7300